## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| | : | Case No. 14-50309 |
| Dennis Robinson | : | SSN: XXX-XX-9098 |
| Debtor. | : | Chapter 13 |
| | : | Judge Preston |

### NOTICE OF FILING OF CHANGE OF ADDRESS

Now comes the Debtor, Dennis Robinson, by and through counsel, who respectfully notifies the Court that his address has changed and his new address is as follows:

1130 Westphal Avenue

Columbus, Ohio 43227

Respectfully submitted,

/s/Eden R. Sarver
Eden R. Sarver (0074919)
Eden R. Sarver, Attorney at Law
2770 E Main St., Suite 8
Columbus, OH  43209
(614) 429-3169
(614) 564-9155 (fax)
eden@edensarverlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2014, a true copy of the foregoing Notice was served upon the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the court:

Frank M. Pees, Chapter 13 Trustee

The Office Of The U.S. Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Dennis Robinson, 1130 Westphal Avenue, Columbus, Ohio 43227.

Respectfully submitted,

/s/Eden R. Sarver
Eden R. Sarver (0074919)
Eden R. Sarver, Attorney at Law
2770 E Main St., Suite 8
Columbus, OH  43209
(614) 429-3169
(614) 564-9155 (fax)
eden@edensarverlaw.com